UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
OWEN HARTY, Individually,

                        *Plaintiff*,

    -*against*-

WEST POINT REALTY, INC., A New York Corporation,

                        *Defendant*.
------------------------------------------------------------------------X

Index No.: 7:19-cv-08800

Assigned Judge:
Hon. Vincent L. Briccetti

Mtn. Seq. No. 1

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that upon the annexed Memorandum of Law dated January 16, 2020, together with the supporting declaration of Jason Mizrahi, Esq. and the exhibits annexed thereto, Defendant West Point Realty, Inc. (the "**Defendant**") by its attorney Levin-Epstein & Associates, P.C. will move this Court, the Honorable Vincent L. Briccetti presiding, for an order dismissing the complaint dated September 23, 2019 (the "**Complaint**") of Plaintiff Owen Harty ("**Plaintiff**"), with prejudice, and for such other and further relief as the Court deems just and proper.

    PLEASE TAKE FURTHER NOTICE that answering papers, if any, must be served within fourteen days after service of the moving papers, and Defendant's reply must be served within fourteen days after service of the answering papers.

Dated: January 16, 2020
      New York, New York

                        By:    /s/ *Jason Mizrahi*
                                Levin-Epstein & Associates, P.C.
                                Joshua D. Levin-Epstein
                                Jason Mizrahi, Esq.
                                420 Lexington Avenue, Suite 2525
                                New York, New York 10170
                                Telephone: (212) 792-0048
                                Email: Jason@levinepstein.com
                                *Attorneys for Defendant*

Cc:    All parties via ECF