

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

January 27, 2020

Hon. Judge Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

       Re: **Harty v. West Point Realty, Inc.**
          **Civil Action No. 19-cv-8800-VB**
          <u>**Plaintiff Will Rely On Its Pleadings**</u>

Dear Hon. Judge Briccetti,

  The undersigned represents the Plaintiff, Owen Harty in the above captioned matter. This correspondence is submitted pursuant to the The Order dated January 17, 2020. Plaintiff advises that it will rely upon the pleadings in this case and will oppose the motion.

Respectfully submitted,

Peter Sverd, Esq.