

**THE LAW OFFICES OF**
**PETER SVERD**
P L L C

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖷 212-964-9516
✉ psverd@sverdlawfirm.com

---

**MEMORANDUM ENDORSEMENT.**

Plaintiff's opposition to the motion to dismiss due 1/30/2020.

SO ORDERED

*/s/ Vincent L. Briccetti*

Vincent L. Briccetti, U.S.D.J.
January 28, 2020

---

January 27, 2020

Hon. Judge Vincent L. B[riccetti]
United States Courthouse
300 Quarropas Street, R[oom]
White Plains, NY 10601

Re:   Harty v. West Point Realty, Inc.
      Civil Action No. 19-cv-8800-VB
      **Plaintiff Will Rely On Its Pleadings**

Dear Hon. Judge Briccetti,

The undersigned represents the Plaintiff, Owen Harty in the above captioned matter. This correspondence is submitted pursuant to the The Order dated January 17, 2020. Plaintiff advises that it will rely upon the pleadings in this case and will oppose the motion.

Respectfully submitted,

*/s/ Peter Sverd*
Peter Sverd, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/20