**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OWEN HARTY, individually

                        Plaintiff,

     -against-                                                 19 **CIVIL** 8800 (VB)

                                                                               **JUDGMENT**

WEST POINT REALTY, INC., a New York
Corporation,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 7, 2020, the motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            August 10, 2020

                                                                        **RUBY J. KRAJICK**
                                                                      _____
                                                                      **Clerk of Court**
                                                 **BY:**
                                                                      _____
                                                                      **Deputy Clerk**